IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **LORA CURTIS** | * | |
| *Plaintiff* | | Civil Action No.: 1:16-cv-02765-SAG |
| | * | |
| v. | | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| | * | |
| **HAROLD E. BUTLER, D.D.S., et al.** | | |
| | * | |
| *Defendants* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VOLUNTARY DISMISSAL WITH PREJUDICE

Lora Curtis, Plaintiff, and Harold E. Butler, D.D.S. and Robinwood Dental Center, LLC, the Defendants, by their undersigned attorneys, pursuant to FRCP 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this case. Any open court costs will be paid by the Defendants.

*/s/ - by permission - TK*

Fred B. Goldberg, Esquire
10440 Little Patuxent Pkwy, Suite 900
Columbia, MD 21044
410-884-4074
FBG@fredbgoldberg.com
*Attorney for Plaintiff*

*Trace Krueger*

---
Trace Krueger (Bar No. 27479)
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 E. Baltimore Street, Suite 2100
Baltimore, Maryland 21202
(410) 230-3800
*Attorneys for Defendants Harold Butler,
D.D.S. and Robinwood Dental Center, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th day of September, 2017** copies of the foregoing Voluntary Dismissal With Prejudice were mailed, postage prepaid, and filed and electronically delivered via the ECF system to:

> Fred B. Goldberg, Esquire
> 10440 Little Patuxent Pkwy, Suite 900
> Columbia, MD 21044
> 410-884-4074
> FBG@fredbgoldberg.com
> *Attorney for Plaintiff*

*Trace Krueger*

---
Trace Krueger (Bar No. 27479)